UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH C. MARTIN,
                     Plaintiff,

          -v-

K MART CORPORATION *et al.*,
                     Defendants.

23-CV-1080 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    This case was removed from New York Supreme Court, New York County, on February 8, 2023. Counsel for the plaintiff is directed to file an appearance with this Court no later than March 6, 2023.

    Counsel for the defendant shall serve a copy of this order on counsel for the plaintiff by February 20, 2023.

    SO ORDERED.

Dated: February 13, 2023
       New York, New York

                                                                                   J. PAUL OETKEN
                                                                        United States District Judge