UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JOSEPH C. MARTIN,

                        Plaintiff,

              -against-

TRANSFORM KM, LLC *et al.*,

                        Defendant.
-------------------------------------------------------------------X

**ORDER**

**23-cv-1080 (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court scheduled a telephone conference for July 18, 2023. Dkt. No. 23.

Counsel for Plaintiff Joseph Martin and Counsel for Defendant GOPLUS Corp. attended the conference. Counsel for Defendant Transform KM, LLC did not attend and could not be reached by telephone. Chambers sent Mr. Peterman an email reminding him of the conference, but this email was not responded to.

**By July 21, 2023, Counsel for Defendant Transform KM, LLC shall file a letter explaining the reason for the failure to appear**. If Mr. Peterman is no longer representing Defendant Transform KM, LLC, he must file a formal motion to withdraw.

Next, the conference scheduled for today is **rescheduled to July 27th at 10:30 a.m.** Counsel is directed to call the court's telephone conference line at the scheduled time. **Please dial +1 646-453-4442, and enter the passcode 966119713#.**

SO ORDERED.

DATED:    New York, New York
                 July 18, 2023

*/s/ Jennifer E. Willis*
_____
JENNIFER E. WILLIS
United States Magistrate Judge