**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JOSEPH C. MARTIN,

                Plaintiff,

                              **ORDER**

-against-

                              **23-cv-1080 (JW)**

TRANSFORM KM, LLC *et al.*,

                Defendant.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court held a case management conference on July 27, 2023. Dkt. No. 33. As discussed at the conference, **by August 10th**, the Parties shall jointly submit a new case management plan with new agreed upon dates.

    SO ORDERED.

DATED:    New York, New York
                August 3, 2023

                                                  _____
                                                  JENNIFER E. WILLIS
                                                  United States Magistrate Judge