**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JOSEPH C. MARTIN,

                Plaintiff,

                            **ORDER**

-against-

                            **23-cv-1080 (JW)**

TRANSFORM KM, LLC *et al.*,

                Defendant.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Parties shall submit a status letter **by October 24th** updating the Court on the progress of discovery. In their letter, the Parties shall also clarify whether all Parties consent to the proposed case management plan filed at Dkt. No. 37.

Furthermore, Parties need not file their discovery demands and discovery responses on the docket. The Parties should only seek court intervention for discovery disputes after first conferring and attempting to resolve the matter. See Individual Practice Rules Sec. II. A.

    SO ORDERED.

DATED:    New York, New York
               October 10, 2023

                                                                */s/ Jennifer E. Willis*
                                                    JENNIFER E. WILLIS
                                                    United States Magistrate Judge