

**RAPHAELSON LEVINE**

14 Penn Pla

> This request is GRANTED. This action is stayed until August 1st. The Parties shall provide a joint letter on August 1st updating the Court on the status of the case.
>
> The Court also wishes to extend its condolences to Mr. Martin's family.
>
> SO ORDERED.
>
> *Jennifer E. Willis*
> _____
> Jennifer E. Willis
> United States Magistrate Judge
>
> April 18, 2024

Magistrate Judge Hon. Jenn
Thurgood Marshall US Cou
40 Foley Square, Room 228
New York, NY 10007

RE: Joseph Martin v. Transform KM, LLC, et al
Date of Incident: 09/21/2021
Docket No: 1:23-cv-01080

Dear Judge Willis:

My office represents Plaintiff, Joseph Martin, in this matter.

Further to our last letter on January 4, 2024, all parties were scheduled to conduct depositions beginning with the Plaintiff's on March 21, 2024. However, the deposition did not go forward, and it was the parties' intention to file an additional joint request for an extension of time.

Upon attempting to contact our client, I was informed by his wife that our client, Joseph Martin, unfortunately passed away due to health conditions unrelated to the injuries sustained in the incident.

The process of appointing an administrator for Mr. Martin, who died intestate, will take some time. This process will be further complicated as Mr. Martin passed away in the State of Florida. I am working to ensure Mr. Martin's affairs are resolved in Florida, to have his wife appointed as the administrator of his estate, and to proceed with this case.

Accordingly, we are requesting that this matter be stayed until Mr. Martin's wife is appointed as the administrator, at which time we will request the Court lift the stay.

Should you have any questions or concerns regarding this request, please do not hesitate to contact the undersigned. Thank you for your time and attention to this matter.

PARTNERS  *Howard A. Raphaelson • Andrew J. Levine*
ATTORNEYS AT LAW  *Dario A. Martinez • Steven Gershowitz • Jared C. Glugeth • Steven C. November*
*Jason S. Krakower • Benjamin Katz • Joseph M. Taylor • Corey T. Flick • Jose A. Soriano • Jared B. Dubin*

Very Truly Yours,

**RAPHAELSON & LEVINE LAW FIRM, P.C.**

Joseph Taylor, Esq.

Cc VIA ECF

BARCLAY DAMON LLP
125 East Jefferson Street
Syracuse, New York 13202

HAWORTH BARBER & GERSTMAN, LLC
80 Broadway - 24th Floor
New York, NY 10004