UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JOSEPH MARTIN,

                            Plaintiff,                         **ORDER**

                  -against-                            **23-CV-1080 (JW)**

TRANSFORM KM, LLC, et al.,

                            Defendant.
------------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

       The Court is in receipt of the Plaintiff's letter requesting a lifting of the current stay and the scheduling of a discovery conference. Dkt. No. 48. The requests are **GRANTED**. The stay is lifted. Additionally, a videoconference concerning discovery will be held on **April 30, 2025 at 10:30 AM**. The link for the videoconference can be found [here](#). The parties are to provide the Court with a new proposed case management plan no later than **April 25, 2025**.

       SO ORDERED.

DATED:    New York, New York
               April 8, 2025

                                                        *Jennifer E. Willis*
                                                  JENNIFER E. WILLIS
                                                  United States Magistrate Judge