UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JOSEPH MARTIN,

                        Plaintiff,                        **ORDER**

            -against-                          **23-CV-1080 (JW)**

TRANSFORM KM, LLC, et al.,

                        Defendant.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      A discovery conference, scheduled for April 30, 2025, is adjourned. The discovery conference will be held on **May 14, 2025 at 10:30 AM**. The link for the videoconference can be found [here](#).

      SO ORDERED.

DATED:    New York, New York
               April 30, 2025

                                                          *Jennifer E. Willis*
                                                             JENNIFER E. WILLIS
                                                              United States Magistrate Judge