**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JOESPH C. MARTIN,

                          Plaintiff,

        -against-

TRANSFORM KM, LLC and GOPLUS CORP.
d/b/a COSTWAY.COM

                          Defendant.
-----------------------------------------------------------------

**ORDER**
**23-CV-1080 (JW)**

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE:**

    This matter has been referred to Judge Aaron for settlement. The Parties are to contact the Chambers of Judge Aaron by October 31, 2025 to schedule a settlement conference for a mutually agreeable date and time.

    SO ORDERED.

DATED:   New York, New York
              October 17, 2025

*/s/ Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge