UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Joseph C. Martin,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　-against-<br><br>Transform KM, LLC and Goplus Corp. d/b/a Costway.com,<br><br>　　　　　　　　　　Defendants. | 1:23-cv-1080 (JW)<br><br>ORDER SCHEDULING<br><u>SETTLEMENT CONFERENCE</u> |

**STEWART D. AARON, United States Magistrate Judge:**

　　A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Wednesday, November 12, 2025, at 2:00 p.m. The conference shall proceed via Microsoft Teams.

　　The Court will provide the Microsoft Teams information to the parties by email prior to the conference. The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron. Please note that Section 4 of the Procedures requires counsel for each party to send a pre-settlement conference letter no later than 7 days before the conference (*i.e.*, Wednesday, November 5, 2025).

**SO ORDERED.**

DATED:　　New York, New York
　　　　　　October 30, 2025

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　STEWART D. AARON
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge